IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.  2:09cr046-WHA |
| | ) | |
| RENARDO QUNTEZ PETTUS | ) | (WO) |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #

18), recommending that the Defendants' Motion to Suppress be denied, together with

Defendant's Objections thereto (Doc. # 19).

The facts of this case are fully set out in the Magistrate Judge's Report and

Recommendation.  In summary, the Motion to Suppress concerns evidence obtained following a

*Terry* stop and the subsequent search of the Defendant's vehicle.

The Magistrate Judge held an evidentiary hearing on the Motion to Suppress, and

thereafter entered his report and recommendation.  In accordance with the law of this Circuit, the

court has conducted a *de novo* review of the Magistrate Judge's Recommendation, including

reading the transcript of the evidentiary hearing, and fully considering the objections of the

Defendant.  *See Jeffrey S. by Ernest S. v. State Bd. of Educ. of State of Georgia*, 896 F.2d 507,

513 (11th Cir. 1990).

A district court judge has broad discretion to accept, reject, or modify a magistrate

judge's proposed findings.  *United States v. Raddatz*, 447 U.S. 667, 680 (1980).  "Credibility

findings of a magistrate judge, 'who personally observed and listened to the testimony of live

witnesses, may be accepted unless the district judge, in his de novo review, finds reason to

question the magistrate's assessment of the evidence.'" *U.S. v. Jennings,* 491 F. Supp. 2d 1072,

1075 (M.D. Ala. 2007) (quoting *Blizzard v. Quillen*, 579 F.Supp. 1446, 1449 (D. Del. 1984)).

*De novo* review does not require a new hearing of witness testimony, but it does require

independent consideration of factual issues based on the record. *Jeffrey S. by Ernest S.*, 896 F.2d

at 513. If the magistrate judge makes findings based on the testimony of witnesses, the district

court is obliged to review the transcript or listen to a tape-recording of the proceedings. *Id.*

After reviewing the record, and reading the transcript of the evidentiary hearing, the court

makes an independent factual determination and agrees with the Magistrate Judge's credibility

assessments.

The Defendant raises two objections to the Magistrate Judge's Report and

Recommendation. First, the Defendant objects to the Magistrate Judge's findings that "Pettus

admitted to the possession of the marijuana and gun prior to the officers gaining entry into his

vehicle," "Pettus consented to the search of his vehicle" and that "no violation of the Fourth

Amendment occurred." (Doc. #18, p.6). Specifically, the Defendant objects to the Magistrate

Judge's credibility assessments of the testimony of the Defendant and Officer Horner regarding

whether the Defendant agreed to the search of his vehicle, and to the Magistrate Judge's reliance

on *United States v. Acosta*, 363 F.3d 1141 (11th Cir. 2004), in determining that the search did

not violate the Fourth Amendment.

The court has independently considered the testimony of the Defendant and Officer

Horner, and agrees with the Magistrate Judge's reasoned conclusions as to their credibility. The

court also finds that the Magistrate Judge's legal conclusion, based on its, and this court's,

finding that the Defendant agreed to the search of his vehicle, that the search did not violate the

Fourth Amendment.

The Defendant's second objection relates to the Magistrate Judge's alternative conclusion that, even if the Defendant had not consented to the search of his vehicle, the automobile exception would apply.  The court, having concurred with the Magistrate Judge's credibility determinations and found that the Defendant consented to the search of his vehicle which lead to the discovery of the evidence at issue in this motion, finds no need to reach the issue of whether the automobile exception applies in this case.  Accordingly, the court agrees with the Report and Recommendation of the Magistrate Judge that the Motion to Suppress is due to be DENIED.

It is hereby ORDERED as follows:

1.  The Objection is OVERRULED.

2.  The court ADOPTS the Recommendation of the Magistrate Judge.

3.  Defendant's Motion to Suppress is DENIED.

DONE this 19th day of August.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE